ELLEN A. ALMY *et al. vs.* JOHN O. ALLEN.

PROVIDENCE—APRIL 20, 1901.

PRESENT : Stiness, C, J., and Tillinghast, J.

(1) *Evidence.*

In an action by a lessor against his lessee a book of account for rents offered by the plaintiff was properly admitted in evidence, where the defendant had first examined the plaintiff's agent who made the entries as to its contents.

(2) *Landlord and Tenant. New Trial.*

An agreement by a landlord to pay the tenant's predecessor in title for the buildings on the land upon termination of the lease, while it can be enforced in a proper proceeding, does not operate to extend the tenancy

TRESPASS AND EJECTMENT. Heard on petition of defendant for new trial, and new trial denied.

(1) PER CURIAM. The verdict is not against the evidence. The book of account for rents was properly admitted in evidence, as the defendant himself had first examined the plaintiff's agent, who made the entries, as to its contents.

(2)   The newly-discovered evidence has no bearing upon the case.   It relates to an agreement to pay the defendant's predecessor in title for the buildings on the land upon termination of the lease.   If the defendant has any claim of this sort it can be enforced in a proper proceeding, but it does not operate to extend a tenancy.

Petition for new trial denied, and case remitted.

*Dexter B. Potter*, for plaintiffs.

*Cassius L. Kneeland*, for defendant.